O'Neal MILLS, Sr., Petitioner

v.

DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, UNITED STATES DEPARTMENT OF LABOR, McDermott, Inc., & Crawford and Company, Respondents

No. 87–4464.

United States Court of Appeals, Fifth Circuit.

Sept. 9, 1988.

Lawrence A. Arcell, Barker, Boudreaux, Lamy & Foley, New Orleans, La., for petitioner.

John Gomila, John J. Weigel, New Orleans, La., for amicus Avondale.

Maurice C. Hebert, Jr., Alan G. Brackett, New Orleans, La., for amicus Petroleum.

Joseph W. Looney, Marion L. Fagan, New Orleans, La., for McDermott & Crawford.

Linda M. Meekins, Clerk, BRB, U.S. Dept. of Labor, Washington, D.C., for other interested persons.

Joshua R. Gillelan, II, Washington, D.C., for Director, OWCP, U.S. Dept. of Labor.

James F. Holmes, Paul G. Preston, Christovich & Kearney, New Orleans, La., for amicus Brown & Root and Gulf Marine.

James E. Doyle, Darrel E. Reed, Jr., E. John Gorman, Houston, Tex., for amicus curiae The American Petroleum Inst., et al.

ON SUGGESTION FOR REHEARING EN BANC

Before CLARK, Chief Judge, GEE, RUBIN, REAVLEY, POLITZ, KING, JOHNSON, WILLIAMS, GARWOOD, JOLLY, HIGGINBOTHAM, DAVIS, JONES, and SMITH, Circuit Judges.

BY THE COURT:

A member of the Court in active service having requested a poll on the suggestion for rehearing en banc and a majority of the judges in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that this cause shall be reheard by the Court en banc with oral argument on a date hereafter to be fixed. The Clerk will specify a briefing schedule for the filing of supplemental briefs.